UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) | |
| ELVIRA A. DUPUY | ) | Case No. 16-14802-CMA |
| EDWARD DUPUY, | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |
| ELVIRA A. DUPUY | ) | DECLARATION OF MAILING |
| EDWARD DUPUY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY NO. 16-01250-CMA |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STATE OF WASHINGTON   )
                     )ss.
COUNTY OF KITSAP      )

KEVIN P. MORAN, being first duly sworn on oath, deposes and states: That I am a resident of Kitsap County, Washington. I am of legal age, not a party to the above-entitled action, and competent to be a witness.

On the ____ day of November, 2016, I mailed by postage prepaid First Class Mail a copy of:

1. SUMMONS AND COMPLAINT;

2. MEDIATION CERTIFICATION.

**BENNETT MORAN
& GIANNESCHI, INC., P.S.**
9057 WASHINGTON AVENUE N.W., SUITE 202
SILVERDALE, WASHINGTON 98383
(360) 698-3000  FAX (360) 698-6562

DECLARATION OF MAILING - 1

**TO:**

1. Civil Process Clerk, United States Attorney, 700 Stewart St, Ste. 5220, Seattle, WA 98101;

2. U.S. Attorney General, US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530;
(Also Via Certified Mail)

3. IRS, 915 2nd Avenue, M/S 244, Seattle, WA 98174;

4. IRS, PO Box 21126, Philadelphia, PA 19114;

5. Denise M. Payne, 4957 Naomi St. NW, Bremerton, WA 98311.

PURSUANT TO RCW 9A.72.085, I certify under penalty of perjury under the laws of the State of Washington that the foregoing statement is true and correct.

Signed this 17th day of November, 2016, at Silverdale, Washington.

*/s/Kevin P. Moran*
KEVIN P. MORAN

DECLARATION OF MAILING - 2

**BENNETT MORAN
& GIANNESCHI, INC., P.S.**
**9057 WASHINGTON AVENUE N.W., SUITE 202**
**SILVERDALE, WASHINGTON 98383**
(360) 698-3000  FAX (360) 698-6562